UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 18-cr-243** |
| **v.** : | |
| : | |
| **SON JONGWOO** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and Assistant United States Attorney Lindsay Suttenberg, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney Zia M. Faruqui no longer represents the United States in this matter.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

BY:   /s/ *Lindsay Suttenberg*
LINDSAY SUTTENBERG
Assistant United States Attorney
D.C. Bar No. 978513
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 252-7017
Lindsay.Suttenberg@usdoj.gov